

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00003-CV

**IN THE MATTER OF THE MARRIAGE OF OPEYEMI AKINYELE AND TAIWO AYORINDE AND IN THE INTEREST OF E.A. AND J.A.**, Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI26444
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against appellant, Taiwo Ayorinde.

SIGNED March 1, 2023.

_____
Luz Elena D. Chapa, Justice